IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

_____ FILED    _____ ENTERED
_____ LOGGED    _____ RECEIVED

JUN 2 1 2021

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

---

Mr. and Mrs. Louis (3rd)

Joined

_____

*(Write the full name of each plaintiff who is filing
this complaint.  If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

**-against-**

Auto Giants Temple Hills, Maryland

_____

_____

*(Write the full name of each defendant who is
being sued.  If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

**Complaint for a Civil Case**

Case No. IPX 21CV1527

*(to be filled in by the Clerk's Office)*

Jury Trial:    ☒ Yes    ☐ No
*(check one)*

Physical Injury Tort Resulting
From Personal Property Negligence
Request Relief Expeditiously

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Mr. and Mrs. Louis 3rd (Joined) |
| Street Address | 4520 Suitland Road P.O. Box 1359 |
| City and County | Suitland, Prince Georges County |
| State and Zip Code | Maryland, 20752 |
| Telephone Number | 443-314-3578 |
| E-mail Address | vickylawmail@gmail.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Auto Giants Temple Hills Maryland |
| Job or Title (if known) | Owner |
| Street Address | 4600 Branch Avenue |
| City and County | Temple Hills, Prince Georges County |
| State and Zip Code | Maryland 20748 |
| Telephone Number | 240-681-3464 |
| E-mail Address (if known) | |

## II.      Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two
types of cases can be heard in federal court: cases involving a federal question and cases
involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising
under the United States Constitution or federal laws or treaties is a federal question case.
Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another
State or nation and the amount at stake is more than $75,000 is a diversity of citizenship
case.  In a diversity of citizenship case, no defendant may be a citizen of the same State
as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☒  Federal question               ☐  Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.      If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United
States Constitution that are at issue in this case.

Tort Claim
_____
_____
_____

### B.      If the Basis for Jurisdiction Is Diversity of Citizenship

1.      The Plaintiff(s)

a.      If the plaintiff is an individual                          .

The plaintiff, *(name)* _____, is a citizen of
the State of *(name)* _____.

b.      If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated
under the laws of the State of *(name)* _____,
and has its principal place of business in the State of *(name)*
_____.

*(If more than one plaintiff is named in the complaint, attach an additional
page providing the same information for each additional plaintiff.)*

4

2.      The Defendant(s)

     a.      If the defendant is an individual

         The defendant, *(name)* _____, is a citizen of
the State of *(name)* _____.  *Or* is a citizen of
*(foreign nation)* _____.

     b.      If the defendant is a corporation

         The defendant, *(name)* _____, is
incorporated under the laws of the State of *(name)*
_____, and has its principal place of
business in the State of *(name)* _____.  *Or* is
incorporated under the laws of *(foreign nation)*
_____, and has its principal place of
business in *(name)* _____.

     *(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)*

3.      The Amount in Controversy

     The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain)*:

     On the date asserted in this complaint for physical injury/injuries, defendant

     Auto Giants acted negligent, irresponsible, and unreasonable that resulted in

     actual damages, and to date has failed remedy all claims made.

### III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

Plaintiffs' believe that we are entitled to joint damages or relief sought, because on February 15, 2016, defendant acted negligent, irresponsible and unreasonable, when they (1) opened business to the public under hazardous, dangerous and unsafe weather conditions (2) Failed to take reasonable precautions of clearing slippery icy exterior surfaces of property before doing business with the public. (3) Failed to clear ice from surfaces that resulted in plaintiff, Mr. Louis slipping, falling and landing slam on his back against pavement, resulting in physical injury and recurring pain and suffering due to defendant's negligence (4) On that day and resulting from that slip and fall, plaintiff had to be immediately transported by emergency responders from defendant's property where slip and fall occurred! (5) Defendant acted unreasonable under circumstances reasonably expected of any other property manager / owner under same or similar unsafe conditions by failing to clear property of unsafe conditions that would have potentially avoided the slip, fall and injury (6) On that day defendant would have potentially avoided the physical injury had they cleared the property of unsafe conditions before opening to public (7) On that day defendant would have potentially avoided the the physical injury had they (8) first of all not sold plaintiffs' a defective, unsafe vehicle for primary personal household use that had once again broke down that day and once again needed to be towed back to dealership and subsequently pushed into the Service Department, because it once again failed to properly operate which is the reason why plaintiffs' were back there again (9) On that day the physical injury would have potentially been avoided had defendant properly repaired or reasonably replaced that vehicle on any other days leading up to that day, which they failed to do (10) On that day, plaintiffs' were already distressed under those and previous circumstances resulting from that defective vehicle (11) To date defendant is failing to compromise or settle any claims against them!

6

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.  For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

While no amount of money could compensate for measure of damages caused by defendant's negligence, plaintiff does asks the court for injunctive relief and order defendant to compensate plaintiff for monetary damages of $ 250,000.00 for that personal injury resulting in recurring pain and suffering from that slip and fall on defendant's property that day. Plaintiffs' reasonably believes that while no amount of money could compensate for or measure up to the severity of damages caused by defendant and to plaintiff up to present time, plaintiffs' believe that amount sought is reasonable, because prior to that slip and fall where plaintiff sustained this injury on that day, he was already suffering from back/spinal problems, in addition to both plaintiffs' already mental, emotional, and physical inflictions from the patterns of vehicle break downs resulting in that thing having to be towed back to dealership more than once. In addition to plaintiffs' having to push that heavy thing more than once, which also makes matters worse on that day and up to present day. Whereas injury sustained on that day still causes plaintiff severe pain and suffering today and has potential to permanently immobilize plaintiff in the future. As result, monetary damages at a later time would not adequately compensate plaintiff for injuries sustained that day, and because plaintiff is damaged today and could potentially sustain more severe damages in the future. Plaintiffs asks the court to order defendant to compensate plaintiff because, defendant is wrong and had no right to (1) open business to public under unsafe weather conditions without first clearing unsafe property surfaces. (2) had no right to sell plaintiffs a defective vehicle that failed to operate more than once, which caused plaintiffs' to be back there on that day (3) defendant is wrong because they failed to properly repair that vehicle more than once, which caused plaintiffs' to be back there on that day (4) had no right then on that day, on any other day prior to that day and has no right today to fail and refuse to replace that vehicle with a safer vehicle by any reasonable means up to date (5) defendant is wrong and has no right either on their own accord or through their lawyers to fail to compromise, settle, and compensate plaintiffs' for all claims of damages in these proceedings or others joined resulting from any and all claims for damages and relief! (6) Defendant must be restrained from adverse actions against plaintiffs and none involved parties including family members!

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  June 9_____, 20 21

Signature of Plaintiff        *Mrs. Louis 3rd*
Printed Name of Plaintiff     Mr. and Mrs. Louis 3rd

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

### B.    For Attorneys

Date of signing: _____, 20__.

Signature of Attorney      _____
Printed Name of Attorney   _____
Bar Number                 _____
Name of Law Firm           _____
Address                    _____
Telephone Number           _____
Email Address              _____

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

<u>Mr. and Mrs. Louis (3rd) Joined</u>　　　　*

　　　　　　　　　　　　　　　　　*

　　v.　　　　　　　　　　　　　　*　　　Case No. _____

<u>Auto Giants Temple Hills, Maryland</u>　　*

　　　　　　　　　　　　　　　　　*

<u>**EXHIBITS:**</u> Physical / Personal Injury * 2-15-2016 _____

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| A | E.R. Report | 2-15-2016 | Observations, treatments, diagnosis, prescriptions, return to work note |
| B | E.R. Report | 2-15-2016 | Injury Diagnosis |
| C | EMT Bill | 4-16-2016 | Summary of Account Total Charges |
| D | EMT Bill | 3-17-2016 | Summary of Account Total Charges |
| E | Auto Giants R/O | 2-15-2016 | Vehicle Repair Order On That Day |
| F | Picture/Pictures | 2-15-2016 | Unsafe property conditions at Auto Giants that day |
| G | Picture/Pictures | 2-15-2016 | Vehicle being pushed into service department that day |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

ExhibitList (06/2016)

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201 • 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Website at www.mdd.uscourts.gov